# Certificate of Recordation




This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Shira Perlmutter

United States Register of Copyrights and Director

November 22, 2021

Date of Recordation

| 9982 | 170 |
| --- | --- |
| Volume | Doc. No. |

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

December 28, 2020

Embassy Music
c/o Wise Music
1247 6th Street
Santa Monica, CA 90401

Man-Ken Music Ltd
c/o Loren Chodosh
P.O. Box 309
Church Street Station
New York, NY 10008

Schubert Music Publishing, Inc.
PO Box 7386
Porter Ranch, CA 91327

As Successor-In-Interest to B Feldman & Co. Ltd, Campbell Connelly & Co. Ltd

RE: NOTICE OF TERMINATION UNDER 17 U.S.C. § 304(c) 37 C.F.R. § 201.10

Dear Sir or Madam:

The undersigned persons are the authors of the works listed on Schedule A annexed hereto. Pursuant to 17 U.S.C. § 304(c); 37 C.F.R. § 201.10, we are hereby serving notice of our intention to terminate the rights of the copyright proprietor in the works listed below. To the best of our knowledge and belief, this notice has been signed by the only persons whose signatures are necessary to terminate the grant under 17 U.S.C. § 304(c).

Works: See Schedule A

Name of Author(s): Graham Gouldman

Copyright Date: See Schedule A

Copyright Registration No: See Schedule A

Effective Date of Termination: See Schedule A

Percentage Terminated: See Schedule A

Identification of Grant: Songwriter's Agreements dated (1) March 15, 1965, September 7, 1965, November 25, 1965, and January 10, 1966 between Graham Gouldman and B Feldman & Co. Ltd.; (2) September 16, 1965, between Graham Gouldman and Campbell Connelly & Co. Ltd; (3) on or about December 1, 1966 between Graham Gouldman and Man-Ken Music, Ltd.

Name(s)/Address(es) of Person(s) Executing Termination:

Graham Gouldman
21 Cholmley Gardens
Aldred Road
London NW6 1AG
UK

G. K. Gouldman

## Schedule A

| Work | Author | Copyright Date | Copyright Registration Number | Percentage Claimed | Termination Notice Date | Effective Date of Termination |
|---|---|---|---|---|---|---|
| Heart Full of Soul | Graham Gouldman | 5/26/1965 | EFO000107968 | 100% | 12/28/2020 | 12/29/2022 |
| Evil Hearted You | Graham Gouldman | 2/10/1966 | EU0000925977 | 100% | 12/28/2020 | 12/29/2022 |
| I'm 28 | Graham Gouldman | 3/28/1966 | EU0000931689 | 100% | 12/28/2020 | 12/29/2022 |
| Behind The Door | Graham Gouldman | 5/19/1966 | EU0000939563 | 100% | 12/28/2020 | 12/29/2022 |
| No Milk Today | Graham Gouldman | 7/7/1966 | EU0000952266 | 100% | 12/28/2020 | 12/29/2022 |
| Bus Stop | Graham Gouldman | 7/8/1966 | EFO000114864 | 100% | 12/28/2020 | 12/29/2022 |
| Pebbles On The Beach | Graham Gouldman | 8/11/1966 | EU0000962009 | 100% | 12/28/2020 | 12/29/2022 |
| Phone Her Ma | Graham Gouldman | 8/11/1966 | EU0000962010 | 100% | 12/28/2020 | 12/29/2022 |
| East West | Graham Gouldman | 11/14/1966 | EU0000969113 | 100% | 12/28/2020 | 12/29/2022 |
| Skit Skat | Graham Gouldman | 5/15/1967 | EU0000995738 | 100% | 12/28/2020 | 5/16/2023 |
| Tally Man | Graham Gouldman | 8/15/1967 | EU0000010392 | 100% | 12/28/2020 | 8/16/2023 |
| Joe, The Ice Cream Man | Graham Gouldman | 9/8/1968 | EU0000072242 | 100% | 12/28/2020 | 9/9/2024 |
| You Stole My Love | Graham Gouldman | 9/9/1968 | EU0000072990 | 100% | 12/28/2020 | 9/10/2024 |
| Wall Street Shuffle | Graham Gouldman | 6/7/1974 | EU0000493959 | 100% | 12/28/2020 | 6/8/2030 |

**PROOF OF SERVICE**

State of California )
County of Los Angeles )

I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

On December 28, 2020, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §304(c) and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed **Certified Mail, Return Receipt Requested)** as follows:

**Business Affairs**
**Embassy Music**
**c/o Wise Music**
**1247 6th Street**
**Santa Monica, CA 90401**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2020.

EVAN S. COHEN

**PROOF OF SERVICE**

State of California }
County of Los Angeles }

I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

On December 28, 2020, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §304(c) and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed **Certified Mail, Return Receipt Requested)** as follows:

**Business Affairs**
**Man-Ken Music Ltd**
**c/o Loren Chodosh**
**P.O. Box 309, Church Street Station**
**New York, NY 10008**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2020.

EVAN S. COHEN

**PROOF OF SERVICE**

State of California )
County of Los Angeles )

I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

On December 28, 2020, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §304(c) and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed **Certified Mail, Return Receipt Requested)** as follows:

**Business Affairs**
**Schubert Music Publishing, Inc.**
**P.O. Box 7386**
**Porter Ranch, CA 91327**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2020.

EVAN S. COHEN